Wahrer Bros. Inc., Plaintiff-Appellee, v. Milton Williams and Nettie Williams, Defendants-Appellants.

Gen. No. 47,251. 

First District, Second Division.

January 7, 1958.

Released for publication April 2, 1958.

Lou Nathanson, and Aaron Soble, for defendant-appellant; no briefs filed for appellee. Opinion by JUSTICE LEWE. Not to be published in full.